ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Perspecta Engineering Inc. | ) ASBCA No. 62722 |
| | ) |
| Under Contract No. NRO000-12-C-0425 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:      Nicole J. Owren-Wiest, Esq.
                                              Craig Barrett, Esq.
                                                Crowell & Moring LLP
                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Arthur M. Taylor, Esq.
                                              DCMA Chief Trial Attorney
                                              Samuel W. Morris, Esq.
                                                Trial Attorney
                                                  Defense Contract Management Agency
                                                Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 19, 2021

John J. Thrasher
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62722, Appeal of Perspecta Engineering Inc., rendered in conformance with the Board's Charter.

Dated: May 20, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals